United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3636NI

_____

Mark Emerson Willey,　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　　Appellant,　　　　*　　Appeal from the United States
　　　　　　　　　　　　　　　　*　　District Court for the Northern
　　　v.　　　　　　　　　　　　*　　District of Iowa.
　　　　　　　　　　　　　　　　*
Douglas G. Schermer; City of　　*　　　　[UNPUBLISHED]
Maquoketa; Cindy Fier,　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　　Appellees.　　　　*

_____

Submitted:　August 18, 1997
Filed:　August 22, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Mark Emerson Willey appeals the district court's order denying Willey's motion for new trial in this 42 U.S.C. § 1983 action. Following a bench trial, the district court awarded Willey nominal damages against two defendants (Schermer and the City of Maquoketa) who conceded liability for violation of Willey's First Amendment rights and absolved a third defendant (Fier) of any liability. A review of the record and the parties' briefs show the ruling of the district court was correct. Because the appeal involves the straightforward application of settled principles of law, an extended discussion is not warranted. We affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.